**E-FILED**
Wednesday, 27 October, 2004  10:47:59 AM
Clerk, U.S. District Court, ILCD

## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL No. 875

This Document Relates To:

**FILED**

OCT 2 7 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

## IN THE UNITED STATES DISTRICT COURT
## FOR THE CENTRAL DISTRICT OF ILLINOIS
## DANVILLE DIVISION

JAMES T. PIERCE, JR. and
        WILDA J. PIERCE, et al.,

                            Plaintiffs,          No. 95-2052

        v.

A.C. AND S., INC., a corporation, et al.,

                            Defendants.

## DEFENDANT THE SHERWIN-WILLIAMS COMPANY'S
## OBJECTION TO PLAINTIFF'S MOTION TO SUGGEST REMAND

Defendant, The Sherwin-Williams Company ("Sherwin-Williams"), by its attorneys,

William D. Serritella, Cara M. Houck and McGuireWoods LLP, objects to plaintiff's motion to

suggest remand of this case, stating as follows:

1.      Pursuant to Section 3.I.A.4 of Pretrial Order No. 3 entered in Civil Action No.

MDL 875, defendant, Sherwin-Williams, on March 17, 2003, sent a letter motion to dismiss to

counsel for plaintiff requesting a dismissal for failing to identify any asbestos-related product(s)

associated with this defendant to which the plaintiff alleges exposure.  (Exhibit "A" hereto)

2.      Section 3.I.C of Pretrial Order No. 3 provides:

> If no opposition is received by the Movant within such thirty (30)
> day period, the Movant may file with the Court a proposed Order
> of Dismissal in the form attached hereto as Exhibit 'A,' which
> order shall be entered by the Court.

3.      On June 10, 2003, pursuant to Pretrial Order No. 3, Sherwin-Williams filed with the Court a proposed Order of Dismissal, dismissing Sherwin-Williams as a party defendant in those cases listed in Sherwin-Williams' letter motion of March 17, 2003.  (See Exhibit "B" hereto)

4.      No ruling on Sherwin-Williams' proposed Order of Dismissal was received.

5.      Pursuant to direction received from Mr. Lassman, Sherwin-Williams submitted its letter motion and Order of Dismissal on July 31, 2003 and thereafter again on September 11, 2003. (See Exhibits "C" and "D" hereto)

6.      Still no order was entered.

7.      On May 28, 2004, defendant Sherwin-Williams filed its Motion for a Ruling on its Letter Motion for Dismissal.  (Exhibit "E" hereto)

8.      For the foregoing reasons, Sherwin-Williams objects to plaintiff's motion to suggest remand and respectfully requests that the Order of Dismissal attached hereto as Exhibit "F" be entered, pursuant to Section 3.I.A.4 of Pretrial Order No. 3.

Respectfully,

By: _Cara M. Houck_

Cara M. Houck, an Attorney for Defendant The
Sherwin-Williams Company

McGUIREWOODS LLP
William D. Serritella #02553333
Cara M. Houck #06239153
77 West Wacker Drive
Suite 4100
Chicago, Illinois 60601
(312) 849-8100

2

EXHIBIT A

 **ROSS &
HARDIES**
A Partnership Including Professional Corporations

150 North Michigan Avenue
Chicago, Illinois 60601-7567
312-558-1000  Fax 312-750-8600

**WILLIAM D. SERRITELLA**

312.750.8643 Fax 312.920.7244
william.serritella@rosshardies.com

March 17, 2003

Michael P. Cascino, Esq.
Cascino Vaughan Law Offices
220 South Ashland Avenue
Chicago, Illinois 60607

Re:    MDL No. 875 The Sherwin-Williams Company
       (Central District of Illinois, Danville Division – see attached list of cases)

Dear Mr. Cascino:

Pursuant to Section 3.1.A.4 of Pretrial Order No. 3, entered in Civil Action No. MDL 875, defendant The Sherwin-Williams Company moves for dismissal as to it in each of the cases listed on the attachment hereto.

Plaintiffs' complaints were filed between 1995 and 2001, and more than 180 days have elapsed since Sherwin-Williams' answers were filed.

The complaints fail to identify any product associated with this defendant to which the plaintiffs allege exposure. Further, plaintiffs have failed to provide any response to written and oral requests for product identification information, including identification of any Sherwin-Williams product to which exposure was claimed.

As there is no evidence to any product associated with this defendant, The Sherwin-Williams Company seeks dismissal with prejudice pursuant to Pretrial Order No. 3. A copy of the proposed order of dismissal is attached.

Very truly yours,

*William J. Serritella*
William D. Serritella

/cme
Enclosures

15495\00034\CH362163.WPD 1
CHICAGO ■ NEW YORK ■ WASHINGTON                              rosshardies.com

## CENTRAL DISTRICT OF ILLINOIS
## DANVILLE DIVISION

William Bolden, Sr. and Lanell Bolden, et al., No. 95-2054
Richard G. Horn and Marlene S. Horn, et al., No. 95-2050
Arlene Sue Nichols, Individually and as Special Administrator of the Estate of Gerald J. Nichols,
et al., No. 95-2049
James T. Pierce, Jr. and Wilda J. Pierce, et al., No. 95-2052
Harland L. Slayton and Eva L. Slayton, et al., No. 95-2051
Charles M. Taylor, No. 95-2053
Raymond E. Thompson, No. 95-2048

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (NO. VI) | ) | MDL No. 875 |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM BOLDEN, SR. AND | ) | |
| LANELL BOLDEN, ET AL., | ) | No. 95-2054 |
| RICHARD G. HORN AND | ) | |
| MARLENE S. HORN, ET AL., | ) | No. 95-2050 |
| ARLENE SUE NICHOLS, | ) | |
| INDIVIDUALLY AND AS | ) | |
| SPECIAL ADMINISTRATOR OF | ) | |
| THE ESTATE OF GERALD J. | ) | |
| NICHOLS, ET AL., | ) | No. 95-2049 |
| JAMES T. PIERCE, JR. AND | ) | |
| WILDA J. PIERCE, ET AL., | ) | No. 95-2052 |
| HARLAND L. SLAYTON AND | ) | |
| EVA L. SLAYTON, ET AL., | ) | No. 95-2051 |
| CHARLES M. TAYLOR, | ) | No. 95-2053 |
| RAYMOND E. THOMPSON, | ) | No. 95-2048 |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| A.C. AND S., INC., a Corporation, et al., | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER OF DISMISSAL

On consideration of the request for dismissal of defendant, The Sherwin-Williams Company,

all counsel of record having been served with its letter motion requesting dismissal by agreement,

and there being no opposition to the entry of the Order;

15495\00034\CH361984.WPD 1

IT IS HEREBY ORDERED:  that the request is granted with prejudice as to the claims of

all plaintiffs against The Sherwin-Williams Company and as to all cross-claims against defendant

The Sherwin-Williams Company for the following reason:

The absence of exposure to movant's asbestos-containing products.

SO ORDERED:

_____

Charles R. Weiner, J.

2



150 North Michigan Avenue
Chicago, Illinois 60601-7567
312.558.1000  Fax 312.750.8600

**CARA M. HOUCK**

312.750.3507  Fax 312.920.6160
cara.houck@rosshardies.com

June 10, 2003

## BY FEDERAL EXPRESS

The Honorable Charles R. Weiner
United States District Court, Eastern District of Pennsylvania
2609 U.S. Courthouse, Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re:    Multi-District Litigation No. 875; Letter Motions to Dismiss

Dear Judge Weiner:

Pursuant to Section 3.I.C of Pretrial Order No. 3, entered in Civil Action No. MDL 875, defendant, The Sherwin-Williams Company, encloses proposed orders of dismissal.

On March 17, 2003, counsel for Sherwin-Williams sent letter motions and copies of the enclosed proposed orders to counsel for plaintiff, Cascino Vaughan, and to all other parties of record, stating that movant is entitled to a dismissal based on the absence of evidence of exposure to movant's allegedly asbestos-containing products, as provided for in Section 3.I.A.4 of Pretrial Order No. 3. Pursuant to the direction of Ms. Jeffers, I am also enclosing a copy of one of the letter motions which exemplifies all the letter motions sent. More than thirty days have passed and movant has received no opposition to its letter motions. Section 3.I.C of Pretrial Order No. 3 provides:

> If no opposition is received by the Movant within such thirty (30) day period, the Movant may file with the Court a proposed Order of Dismissal in the form attached hereto as Exhibit "A," which order shall be entered by the Court.

Pursuant to the foregoing, movant-defendant The Sherwin-Williams Company respectfully requests that the enclosed orders be entered.

Respectfully,

Cara M Houck

Cara M. Houck

/cme
Enclosures
cc:    Cascino Vaughan Law Offices, Ltd. (w/o enc.)
        All Attorneys of Record (w/o enc.)

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS              )
LIABILITY LITIGATION (NO. VI)         )          MDL No. 875
                                      )
This Document Relates To:             )
_____)

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | |
|---|---|
| WILLIAM BOLDEN, SR. AND ) | |
| LANELL BOLDEN, ET AL., ) | No. 95-2054 |
| RICHARD G. HORN AND ) | |
| MARLENE S. HORN, ET AL., ) | No. 95-2050 |
| ARLENE SUE NICHOLS, ) | |
| INDIVIDUALLY AND AS ) | |
| SPECIAL ADMINISTRATOR OF ) | |
| THE ESTATE OF GERALD J. ) | |
| NICHOLS, ET AL., ) | No. 95-2049 |
| JAMES T. PIERCE, JR. AND ) | |
| WILDA J. PIERCE, ET AL., ) | No. 95-2052 |
| HARLAND L. SLAYTON AND ) | |
| EVA L. SLAYTON, ET AL., ) | No. 95-2051 |
| CHARLES M. TAYLOR, ) | No. 95-2053 |
| RAYMOND E. THOMPSON, ) | No. 95-2048 |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | |
| A.C. AND S., INC., a Corporation, et al., ) | |
| ) | |
| Defendants. ) | |

## ORDER OF DISMISSAL

On consideration of the request for dismissal of defendant, The Sherwin-Williams Company,

all counsel of record having been served with its letter motion requesting dismissal by agreement,

and there being no opposition to the entry of the Order;

15495\00034\CH361984.WPD 1

IT IS HEREBY ORDERED: that the request is granted with prejudice as to the claims of

all plaintiffs against The Sherwin-Williams Company and as to all cross-claims against defendant

The Sherwin-Williams Company for the following reason:

The absence of exposure to movant's asbestos-containing products.

SO ORDERED:

_____

Charles R. Weiner, J.

2

EXHIBIT C

**Ross & Hardies**
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601-7567
Phone: 312.558.1000
Fax: 312.750.8600
www.mcguirewoods.com

**CARA M. HOUCK**

312.750.3507 Fax 312.920.6160
chouck@mcguirewoods.com

# McGuireWoods
## Ross&Hardies

July 31, 2003

## BY FEDERAL EXPRESS

Mr. Bruce Lassman
Clerk, United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse, Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re:    MDL No. 875

Dear Mr. Lassman:

Pursuant to our telephone conversation this afternoon, I am enclosing a copy of a letter motion I
sent to Judge Weiner on June 10, 2003 enclosing several orders of dismissal.

Please let me know the status of these orders at your earliest convenience. Thank you kindly for
your assistance on this matter.

Very truly yours,

Cara M. Houck

Cara M. Houck

**EXHIBIT D**

Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601-7567
Phone: 312.558.1000
Fax: 312.750.8600
www.mcguirewoods.com

## McGuireWoods
## Ross&Hardies

**CARA M. HOUCK**

312.750.3507 Fax 312.920.6160
cara.houck@rosshardies.com

September 11, 2003

### BY FEDERAL EXPRESS

Mr. Bruce Lassman
Clerk, United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse, Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re:    MDL No. 875/The Sherwin-Williams Company

Dear Mr. Lassman:

Thank you for taking the time to speak with me today. Enclosed is a copy of my June 10, 2003 letter motion to Judge Weiner, together with 14 proposed orders of dismissal on behalf of The Sherwin-Williams Company. As we discussed, the letter motion and proposed orders of dismissal may have been misplaced, as the orders apparently were never ruled upon. I base this assumption on the fact that I subsequently sent to your attention, on August 6, 2003, a second letter motion seeking the entry of two additional orders of dismissal. These two orders were entered.

Under the circumstances, I am re-submitting my letter motion of June 10, 2003 and the proposed orders of dismissal for the Court's consideration. Thank you.

Sincerely,

*Cara M. Houck*

Cara M. Houck

cc:    Cascino Vaughan Law Office, Ltd. (w/o enc.)
       All attorneys of record (w/o enc.)

**EXHIBIT E**

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**



IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)

MDL No. 875

This Document Relates To:

JUN 0 1 2004

JOHN M. WATERS, Clerk
U.S. DISTRICT COURT
CENTRAL DISTRICT OF ILLINOIS
URBANA, IL

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE CENTRAL DISTRICT OF ILLINOIS**
**DANVILLE DIVISION**

| | |
|---|---|
| WILLIAM BOLDEN, SR. and<br>　　LANELL BOLDEN, et al., | 95-2054 |
| RICHARD G. HORN and<br>　　MARLENE S. HORN, et al., | 95-2050 |
| ARLENE SUE NICHOLS, Individually<br>　　and as Special Administrator of the<br>　　Estate of GERALD J. NICHOLS, et al., | 95-2049 |
| JAMES T. PIERCE, JR. and<br>　　WILDA J. PIERCE, et al., | 95-2052 |
| HARLAND L. SLAYTON and<br>　　EVA L. SLAYTON, et al., | 95-2051 |
| CHARLES M. TAYLOR, | 95-2053 |
| RAYMOND E. THOMPSON, | 95-2048 |

Plaintiffs,

v.

A.C. AND S., INC., a corporation, et al.,

Defendants.

**DEFENDANT THE SHERWIN-WILLIAMS COMPANY'S MOTION**
**FOR A RULING ON ITS LETTER MOTION FOR DISMISSAL**

Defendant, The Sherwin-Williams Company ("Sherwin-Williams"), by its counsel,

McGuireWoods LLP (f/k/a Ross & Hardies), moves the Court for a ruling on its previously filed

Letter Motion pursuant to Pretrial Order No. 3 seeking its dismissal in certain cases filed against

it in the United States District Court for the Central District of Illinois, Danville Division.  In

support of this Motion, Sherwin-Williams states as follows:

1.    Pursuant to Section 3.I.A.4 of Pretrial Order No. 3, Sherwin-Williams, on March 17, 2003, served a letter motion and corresponding proposed dismissal order to counsel for plaintiff, Cascino Vaughan, and to all other parties of record, stating that Sherwin-Williams was entitled to a dismissal from these cases originally filed in the United States District Court for the Central District of Illinois, as listed in the letter motion.  The motion was based on the absence of evidence of exposure to Sherwin-Williams' allegedly asbestos-containing products. See Letter Motions attached hereto as **Exhibit A**.

2.    Sherwin-Williams now moves for a ruling on its March 17, 2003 letter motion.

3.    Section 3.I.C of Pretrial Order No. 3 provides:

> If no opposition is received by the Movant within such thirty (30) day period, the Movant may file with the Court a proposed Order of Dismissal in the form attached hereto as Exhibit 'A,' which order shall be entered by the Court.

4.    After more than *sixty* days elapsed, Sherwin-Williams received no opposition to its March 17, 2003 letter motion.

5.    On June 10, 2003, pursuant to Pretrial Order No. 3, Sherwin-Williams mailed to this Court a proposed order dismissing Sherwin-Williams as a party defendant in those cases listed in Sherwin-Williams' letter motion of March 17, 2003.  See correspondence and enclosed proposed dismissal order attached hereto as **Exhibit B**.

6.    No ruling has been received in response to the dismissal order for the March 17, 2003 letter motion.

7.    On July 31, 2003, and again on September 11, 2003, Sherwin-Williams re-submitted its proposed dismissal order to its March 17, 2003 letter motion.  See correspondence attached hereto as **Exhibits C and D**.

2

8.      As of this date, there has been no ruling or recorded order dismissing Sherwin-Williams from the cases listed in its March 17, 2003 letter motion.

WHEREFORE, defendant The Sherwin-Williams Company respectfully moves for entry of the attached order dismissing it as a party defendant in the cases listed therein and in its letter motion of March 17, 2003.

McGUIREWOODS LLP

By: _Cara M. Houck_

Cara M. Houck, Attorneys for
Defendant The Sherwin-Williams Company

McGUIREWOODS LLP
William D. Serritella #02553333
Cara M. Houck #06239153
150 North Michigan Avenue
Suite 2500
Chicago, Illinois 60601
(312) 558-1000

3

**A**



**ROSS & HARDIES**

A Partnership Including Professional Corporations

150 North Michigan Avenue
Chicago, Illinois 60601-7567
312-558-1000  Fax 312-750-8600

**WILLIAM D. SERRITELLA**

312.750.8643 Fax 312.920.7244
william.serritella@rosshardies.com

March 17, 2003

Michael P. Cascino, Esq.
Cascino Vaughan Law Offices
220 South Ashland Avenue
Chicago, Illinois 60607

Re:    MDL No. 875 The Sherwin-Williams Company
       (Central District of Illinois, Danville Division – see attached list of cases)

Dear Mr. Cascino:

Pursuant to Section 3.1.A.4 of Pretrial Order No. 3, entered in Civil Action No. MDL 875, defendant The Sherwin-Williams Company moves for dismissal as to it in each of the cases listed on the attachment hereto.

Plaintiffs' complaints were filed between 1995 and 2001, and more than 180 days have elapsed since Sherwin-Williams' answers were filed.

The complaints fail to identify any product associated with this defendant to which the plaintiffs allege exposure. Further, plaintiffs have failed to provide any response to written and oral requests for product identification information, including identification of any Sherwin-Williams product to which exposure was claimed.

As there is no evidence to any product associated with this defendant, The Sherwin-Williams Company seeks dismissal with prejudice pursuant to Pretrial Order No. 3. A copy of the proposed order of dismissal is attached.

Very truly yours,

William D. Serritella

/cme
Enclosures

15495\00034\CH362163.WPD 1
CHICAGO ■ NEW YORK ■ WASHINGTON

rosshardies.com

## CENTRAL DISTRICT OF ILLINOIS
## DANVILLE DIVISION

William Bolden, Sr. and Lanell Bolden, et al., No. 95-2054
Richard G. Horn and Marlene S. Horn, et al., No. 95-2050
Arlene Sue Nichols, Individually and as Special Administrator of the Estate of Gerald J. Nichols, et al., No. 95-2049
James T. Pierce, Jr. and Wilda J. Pierce, et al., No. 95-2052
Harland L. Slayton and Eva L. Slayton, et al., No. 95-2051
Charles M. Taylor, No. 95-2053
Raymond E. Thompson, No. 95-2048

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE: ASBESTOS PRODUCTS | ) | |
| LIABILITY LITIGATION (NO. VI) | ) | MDL No. 875 |
| | ) | |
| This Document Relates To: | ) | |
| | ) | |

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | |
|---|---|
| WILLIAM BOLDEN, SR. AND | ) |
| LANELL BOLDEN, ET AL., | ) No. 95-2054 |
| RICHARD G. HORN AND | ) |
| MARLENE S. HORN, ET AL., | ) No. 95-2050 |
| ARLENE SUE NICHOLS, | ) |
| INDIVIDUALLY AND AS | ) |
| SPECIAL ADMINISTRATOR OF | ) |
| THE ESTATE OF GERALD J. | ) |
| NICHOLS, ET AL., | ) No. 95-2049 |
| JAMES T. PIERCE, JR. AND | ) |
| WILDA J. PIERCE, ET AL., | ) No. 95-2052 |
| HARLAND L. SLAYTON AND | ) |
| EVA L. SLAYTON, ET AL., | ) No. 95-2051 |
| CHARLES M. TAYLOR, | ) No. 95-2053 |
| RAYMOND E. THOMPSON, | ) No. 95-2048 |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| A.C. AND S., INC., a Corporation, et al., | ) |
| | ) |
| Defendants. | ) |

## ORDER OF DISMISSAL

On consideration of the request for dismissal of defendant, The Sherwin-Williams Company,

all counsel of record having been served with its letter motion requesting dismissal by agreement,

and there being no opposition to the entry of the Order;

15495\00034\CH361984.WPD 1

IT IS HEREBY ORDERED:  that the request is granted with prejudice as to the claims of

all plaintiffs against The Sherwin-Williams Company and as to all cross-claims against defendant

The Sherwin-Williams Company for the following reason:

The absence of exposure to movant's asbestos-containing products.

SO ORDERED:

_____

Charles R. Weiner, J.

2

**B**


**ROSS & HARDIES**
A Partnership Including Professional Corporations

150 North Michigan Avenue
Chicago, Illinois 60601-7567
312.558.1000  Fax 312.750.8600

**CARA M. HOUCK**

312.750.3507  Fax 312.920.6160
cara.houck@rosshardies.com

June 10, 2003

**BY FEDERAL EXPRESS**

The Honorable Charles R. Weiner
United States District Court, Eastern District of Pennsylvania
2609 U.S. Courthouse, Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re:    Multi-District Litigation No. 875; Letter Motions to Dismiss

Dear Judge Weiner:

Pursuant to Section 3.I.C of Pretrial Order No. 3, entered in Civil Action No. MDL 875, defendant, The Sherwin-Williams Company, encloses proposed orders of dismissal.

On March 17, 2003, counsel for Sherwin-Williams sent letter motions and copies of the enclosed proposed orders to counsel for plaintiff, Cascino Vaughan, and to all other parties of record, stating that movant is entitled to a dismissal based on the absence of evidence of exposure to movant's allegedly asbestos-containing products, as provided for in Section 3.I.A.4 of Pretrial Order No. 3. Pursuant to the direction of Ms. Jeffers, I am also enclosing a copy of one of the letter motions which exemplifies all the letter motions sent. More than thirty days have passed and movant has received no opposition to its letter motions. Section 3.I.C of Pretrial Order No. 3 provides:

> If no opposition is received by the Movant within such thirty (30) day period, the Movant may file with the Court a proposed Order of Dismissal in the form attached hereto as Exhibit "A," which order shall be entered by the Court.

Pursuant to the foregoing, movant-defendant The Sherwin-Williams Company respectfully requests that the enclosed orders be entered.

Respectfully,

*Cara M Houck*

Cara M. Houck

/cme
Enclosures
cc:    Cascino Vaughan Law Offices, Ltd. (w/o enc.)
         All Attorneys of Record (w/o enc.)

15495\00034\CH384250.WPD 1
CHICAGO ▪ NEW YORK ▪ WASHINGTON                                    rosshardies.com

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS                )
LIABILITY LITIGATION (NO. VI)           )          MDL No. 875
                                        )
This Document Relates To:               )
                                        )

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM BOLDEN, SR. AND | ) | |
|    LANELL BOLDEN, ET AL., | ) | No. 95-2054 |
| RICHARD G. HORN AND | ) | |
|    MARLENE S. HORN, ET AL., | ) | No. 95-2050 |
| ARLENE SUE NICHOLS, | ) | |
|    INDIVIDUALLY AND AS | ) | |
|    SPECIAL ADMINISTRATOR OF | ) | |
|    THE ESTATE OF GERALD J. | ) | |
|    NICHOLS, ET AL., | ) | No. 95-2049 |
| JAMES T. PIERCE, JR. AND | ) | |
|    WILDA J. PIERCE, ET AL., | ) | No. 95-2052 |
| HARLAND L. SLAYTON AND | ) | |
|    EVA L. SLAYTON, ET AL., | ) | No. 95-2051 |
| CHARLES M. TAYLOR, | ) | No. 95-2053 |
| RAYMOND E. THOMPSON, | ) | No. 95-2048 |
| | ) | |
|         Plaintiffs, | ) | |
| | ) | |
|   v. | ) | |
| | ) | |
| A.C. AND S., INC., a Corporation, et al., | ) | |
| | ) | |
|         Defendants. | ) | |

## ORDER OF DISMISSAL

On consideration of the request for dismissal of defendant, The Sherwin-Williams Company,

all counsel of record having been served with its letter motion requesting dismissal by agreement,

and there being no opposition to the entry of the Order;

15495\00034\CH361984.WPD 1

IT IS HEREBY ORDERED:  that the request is granted with prejudice as to the claims of

all plaintiffs against The Sherwin-Williams Company and as to all cross-claims against defendant

The Sherwin-Williams Company for the following reason:

The absence of exposure to movant's asbestos-containing products.

SO ORDERED:

_____

Charles R. Weiner, J.

2

**C**

McGuireWoods
Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601-7567
Phone: 312.558.1000
Fax: 312.750.8600
www.mcguirewoods.com

**McGuireWoods
Ross&Hardies**

CARA M. HOUCK

312.750.3507 Fax 312.920.6160
chouck@mcguirewoods.com

July 31, 2003

**BY FEDERAL EXPRESS**

Mr. Bruce Lassman
Clerk, United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse, Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re:    MDL No. 875

Dear Mr. Lassman:

Pursuant to our telephone conversation this afternoon, I am enclosing a copy of a letter motion I sent to Judge Weiner on June 10, 2003 enclosing several orders of dismissal.

Please let me know the status of these orders at your earliest convenience. Thank you kindly for your assistance on this matter.

Very truly yours,

*Cara M. Houck*

Cara M. Houck

15495\02882\CH398633.WPD 1

**D**

Ross & Hardies
150 North Michigan Avenue
Suite 2500
Chicago, IL 60601-7567
Phone: 312.558.1000
Fax: 312.750.8600
www.mcguirewoods.com

**McGuireWoods**
**Ross&Hardies**

**CARA M. HOUCK**

312.750.3507 **Fax** 312.920.6160
cara.houck@rosshardies.com

September 11, 2003

**BY FEDERAL EXPRESS**

Mr. Bruce Lassman
Clerk, United States District Court
Eastern District of Pennsylvania
2609 U.S. Courthouse, Independence Mall West
601 Market Street
Philadelphia, Pennsylvania 19106-1797

Re:     MDL No. 875/The Sherwin-Williams Company

Dear Mr. Lassman:

Thank you for taking the time to speak with me today.  Enclosed is a copy of my June 10, 2003
letter motion to Judge Weiner, together with 14 proposed orders of dismissal on behalf of The
Sherwin-Williams Company. As we discussed, the letter motion and proposed orders of
dismissal may have been misplaced, as the orders apparently were never ruled upon. I base this
assumption on the fact that I subsequently sent to your attention, on August 6, 2003, a second
letter motion seeking the entry of two additional orders of dismissal. These two orders were
entered.

Under the circumstances, I am re-submitting my letter motion of June 10, 2003 and the proposed
orders of dismissal for the Court's consideration. Thank you.

Sincerely,

Cara M. Houck

Cara M. Houck

cc:     Cascino Vaughan Law Office, Ltd. (w/o enc.)
        All attorneys of record (w/o enc.)

## CERTIFICATE OF SERVICE

The undersigned certifies that she served the foregoing Defendant The Sherwin-Williams

Company's Motion for a Ruling on its Letter Motion for Dismissal upon:

See attached Service List

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with

postage prepaid, and depositing same in the United States mail box located at 150 North

Michigan Avenue, Chicago, Illinois at or before 5:00 p.m. on the 28th day of May, 2004.

[X]    Under penalties as provided by law pursuant to
       Ill.Rev.Stat., Ch. 110, Sec. 1-109, I certify that the
       statements set forth herein are true and correct.

\\PRO\255982.1

# MASTER SERVICE LIST
# FOR ILLINOIS ASBESTOS CASES

*Plaintiff:*
Michael P. Cascino
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607

*ACandS:*
Nicole C. Behnen
Polsinelli, White, Vardeman & Shalton
700 West 47th Street
Suite 1000
Kansas City, Missouri 64112

Daniel J. Cheely
Paul B. O'Flaherty, Jr.
Bellande Cheely O'Flaherty Sargis & Ayres
19 South LaSalle Street
Suite 1203
Chicago, Illinois 60603

*A.P. Green; U.S. Gypsum; Turner & Newall; Dana Corp.; Rhone Poulenc:*
Christopher P. Larsen
Heyl, Royster, Voelker & Allen
Bank One Building
Suite 600
Peoria, Illinois 61602

*Chevron U.S.A., Inc.:*
Robert T. Varney
Robert T. Varney & Associates
121 North Main Street
4th Floor
Bloomington, Illinois 61701

*CSR:*
Michael P. Casey
Lewis Rice & Fingersh
500 North Broadway
Suite 2000
St. Louis, Missouri 63102

*A.P. Green; Dresser Industries; Thermo Electric:*
James R. Carter
Carter Law Offices
Commerce Bank Building
416 Main Street
Fifteenth Floor
Peoria, Illinois 61602

*Durabla Mfg.:*
William D. Shultz, Jr.
Kurowski & Bailey
24 Bronze Pointe
Belleville, Illinois 62226

*Anchor Packing; A.W. Chesterton; Belmont Packing; Foster Wheeler; Garlock; Harbison Walker; 3M:*
Edward J. McCambridge
Segal, McCambridge, Singer & Mahoney
330 North Wabash Street
Suite 200
Chicago, Illinois 60611

**General Electric:**
Maja C. Eaton
Sidley & Austin
One First National Plaza
Chicago, Illinois 60603

**BF Goodrich:**
Christopher A. Nichols
Kimberly A. Sutton
Husch & Eppenberger, LLC
401 Main Street, Suite 1400
Peoria, Illinois 61602

**Georgia-Pacific; Uniroyal:**
Francis P. Morrissey
Schiff Hardin & Waite
233 South Wacker Drive
Suite 6600
Chicago, Illinois 60606

**Industrial Holdings:**
Joseph Stalmack
Joseph Stalmack & Associates, P.C.
5253 Hohman Avenue
Hammond, Indiana 46320

**Metropolitan Life Insurance:**
Thomas M. Crawford
Litchfield Cavo
303 West Madison Street
Suite 200
Chicago, Illinois 60606

**PPG Industries; Rapid American:**
Dennis J. Graber
Hinshaw & Culbertson
521 West Main Street
Suite 300
Belleville, Illinois 62222

**Owens-Illinois; Union Carbide; and United States Mineral Products:**
Robert H. Riley
Daniel L. Overbey
Matthew J. Fischer
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, Illinois 60606

**Viacom:**
J. Rick Glass
Kravit, Glass & Weber
825 North Jefferson
Milwaukee, Wisconsin 53202

**Viacom:**
Daniel G. Donahue
Herzog Krebs & McGhee
One City Centre, 24th Floor
515 North 6th Street
St. Louis, MO 63101

**M.H. Detrick; Dossert; Okonite; Phelps Dodge:**
Susan Gunty
Thomas A. Kiepura
Gunty & McCarthy
150 South Wacker Drive
Suite 1025
Chicago, Illinois 60606

**Flintkote:**
Jack L. Block
Sachnoff & Weaver
30 South Wacker Drive
Suite 2900
Chicago, Illinois 60606

*J.P. Bushnell:*
Gregory L. Cochran
Margaret M. Foster
McKenna Storer
33 North LaSalle Street
Suite 1400
Chicago, Illinois 60602

*Lincoln Electric Merger:*
Michael Hennig
Cassiday Schade & Gloor
20 North Wacker Drive
Suite 1040
Chicago, Illinois 60606

*Pfizer; Quigley:*
Richard P. Steinken, Esq.
Dean N. Panos, Esq.
Jenner & Block, LLC
One IBM Plaza
Chicago, Illinois 60611

*Unknown Attorneys:*
C.E. Thurston and Sons, Inc.
Coltech Industries
Eli Lily and Co.
Empire Ace Insulation Mfg. Corp.
Ferodo America
Foster-Wheeler Energy
GAF Corporation
General Refractories
I.U. North America
Maremont Corp.
Mobile Oil
National Services Industries
Nosroc
Rockbestos
Shook & Fletcher Insulation
Synkoloid of Florida
Westinghouse Electric
W.R. Grace & Co.

3

EXHIBIT F

**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

IN RE: ASBESTOS PRODUCTS
LIABILITY LITIGATION (NO. VI)                    MDL No. 875

This Document Relates To:

**IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION**

JAMES T. PIERCE, JR. and
    WILDA J. PIERCE, et al.,

                    Plaintiffs,              No. 95-2052

        v.

A.C. AND S., INC., a corporation, et al.,

                    Defendants.

## ORDER OF DISMISSAL

On consideration of the request for dismissal of defendant, The Sherwin-Williams Company, all counsel of record having been served with its letter motion requesting dismissal by agreement, and there being no opposition to the entry of the Order;

IT IS HEREBY ORDERED:  that the request is granted with prejudice as to the claims of all plaintiffs against The Sherwin-Williams Company and as to all cross-claims against defendant The Sherwin-Williams Company for the following reason:

The absence of exposure to movant's asbestos-containing products.

                    SO ORDERED:

                    _____
                    Charles R. Weiner, J.

\\PRO\277894.1

## CERTIFICATE OF SERVICE

The undersigned certifies that she served the foregoing Defendant The Sherwin-Williams Company's Objection to Plaintiff's Motion to Suggest Remand upon:

> Robert G. McCoy
> Cascino Vaughan Law Offices, Ltd.
> 220 South Ashland Avenue
> Chicago, Illinois 60607

by messenger and upon:

> See attached Service List

by placing a true and correct copy thereof in a sealed envelope addressed as aforesaid, with postage prepaid, and depositing same in the United States mail box located at 77 West Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on the 26th day of October, 2004.

_____

[X]     Under penalties as provided by law pursuant to
        Ill.Rev.Stat., Ch. 110, Sec. 1-109, I certify that the
        statements set forth herein are true and correct.

\\PRO\277678.1

# MASTER SERVICE LIST
# FOR ILLINOIS ASBESTOS CASES

*Plaintiff:*
Robert G. McCoy
Cascino Vaughan Law Offices, Ltd.
220 South Ashland Avenue
Chicago, Illinois 60607

*A.W. Chesterton:*
Maureen E. Kelly
Cates Kurowski Bailey & Shultz
24 Bronze Pointe
Swansea, Illinois 62226

*Garlock:*
Edward J. McCambridge
Segal, McCambridge, Singer & Mahoney
330 North Wabash Street
Suite 200
Chicago, Illinois 60611

*Georgia-Pacific:*
Francis P. Morrissey
Joseph J. O'Hara, Jr.
Schiff, Hardin & Waite
233 South Wacker Drive
6600 Sears Tower
Chicago, Illinois 60606

*Westinghouse Electric:*
Thomas M. Burnham
Hinshaw & Culbertson
222 North LaSalle Street
Suite 300
Chicago, Illinois 60601

James P. Fieweger
Jenner & Block, LLC
One IBM Plaza
Chicago, Illinois 60611

\\PRO\144267.1