IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

IN RE: ASBESTOS PRODUCTS           )
LIABILITY LITIGATION (NO. VI)       )       MDL No. 875
                                    )
This Document Relates To:           )
                                    )

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
DANVILLE DIVISION

| | | |
|---|---|---|
| WILLIAM BOLDEN, SR. AND | ) | |
|    LANELL BOLDEN, ET AL., | ) | No. 95-2054 |
| RICHARD G. HORN AND | ) | |
|    MARLENE S. HORN, ET AL., | ) | No. 95-2050 |
| ARLENE SUE NICHOLS, | ) | |
|    INDIVIDUALLY AND AS | ) | |
|    SPECIAL ADMINISTRATOR OF | ) | |
|    THE ESTATE OF GERALD J. | ) | |
|    NICHOLS, ET AL., | ) | No. 95-2049 |
| JAMES T. PIERCE, JR. AND | ) | |
|    WILDA J. PIERCE, ET AL., | ) | No. 95-2052 |
| HARLAND L. SLAYTON AND | ) | |
|    EVA L. SLAYTON, ET AL., | ) | No. 95-2051 |
| CHARLES M. TAYLOR, | ) | No. 95-2053 |
| RAYMOND E. THOMPSON, | ) | No. 95-2048 |
|   | ) | |
|    Plaintiffs, | ) | |
|   | ) | |
| v. | ) | |
|   | ) | |
| A.C. AND S., INC., a Corporation, et al., | ) | |
|   | ) | |
|    Defendants. | ) | |

*ILC 2* (handwritten)

### ORDER OF DISMISSAL

On consideration of the request for dismissal of defendant, The Sherwin-Williams Company, all counsel of record having been served with its letter motion requesting dismissal by agreement, and there being no opposition to the entry of the Order;

IT IS HEREBY ORDERED: that the request is granted with prejudice as to the claims of all plaintiffs against The Sherwin-Williams Company and as to all cross-claims against defendant The Sherwin-Williams Company for the following reason:

The absence of exposure to movant's asbestos-containing products.

SO ORDERED:

s/ Charles R. Weiner

Charles R. Weiner, J.

11/1/2004