# Polsinelli | Shalton
# Welte | Suelthaus PC

700 West 47th Street, Suite 1000 | Kansas City, MO 64112-1802
(816) 753-1000 | Facsimile: (816) 753-1536 | www.pswlaw.com

Shelly A. Walker
(816) 360-4227
swalker@pswslaw.com

December 16, 2004

**RECEIVED**
DEC 20, 2004
U.S. CLERK'S OFFICE
ROCK ISLAND, ILLINOIS

UNITED STATES MAIL

Clerk
Rock Island Division
Central District of Illinois
40 U.S. Courthouse
211 19th Street
Rock Island, IL 61201

**RECEIVED**
DEC 27 2004
U.S. CLERK'S OFFICE
URBANA, IL

Dear Clerk:

Enclosed are copies of orders that were sent to Jeffrey J. Matthews. Several years ago, Mr. Matthews worked for Polsinelli Shalton Welte Suelthaus PC as an attorney representing defendants in asbestos litigation. Mr. Matthews is now an attorney at Harrang Long Gary Rudnick, PC in Eugene, Oregon. He is no longer involved in asbestos litigation.

We respectfully ask that you remove Mr. Matthews from your service list. Please call if you have questions or require additional information.

Thank you for your attention to this matter.

Sincerely,

Shelly A. Walker
Paralegal Coordinator

SAW:klg
Enclosures
cc:  Jeffrey Matthews, Esq.
     Dennis Dobbels, Esq.

028811 / 059839
SAWAL 1153697

---

Kansas City | St. Louis | Overland Park | Topeka | Edwardsville | Washington, D.C.